# EXHIBIT "A"

https://open.spotify.com/artist/5D3fvICIoElbyhNqbClhPT



https://www.tiktok.com/@imoxifloxi



COMPLAINT

https://soundcloud.com/moxifloxi



discord.gg/mox



14

COMPLAINT

THE LAW OFFICES OF STEVEN C. VONDRAN, P.C.
620 Newport Ctr., Suite 1100
Newport Beach, California 92660

THE LAW OFFICES OF STEVEN C. VONDRAN, P.C.
620 Newport Ctr., Suite 1100
Newport Beach, California 92660

https://imoxifloxi.newgrounds.com/



https://x.com/heymoxifloxi



COMPLAINT

https://www.patreon.com/cw/moxifloxi



COMPLAINT

https://linktr.ee/moxifloxi

COMPLAINT

https://www.instagram.com/imoxifloxi



18

COMPLAINT

https://music.apple.com/us/artist/moxifloxi/1505719027



19

COMPLAINT

THE LAW OFFICES OF STEVEN C. VONDRAN, P.C.
620 Newport Ctr., Suite 1100
Newport Beach, California 92660

# EXHIBIT "B"

Mox ♂ ♈ ♂                                                    ✕

**Description**

https://www.patreon.com/c/RealMoxiFloxi

**Links**

To help me do what i do
gofundme.com/u/53eda3bc-979e-47e5-be0a-a411a1d963ab

**More info**

🌐  www.youtube.com/@MoxiFloxi3

ⓘ  Joined Jul 16, 2025

📢  6.64K subscribers

▶️  47 videos

📈  262,090 views

↪ Share channel          ⚑ Report user

20
COMPLAINT

# EXHIBIT "C"





COMPLAINT

THE LAW OFFICES OF STEVEN C. VONDRAN, P.C.
620 Newport Ctr., Suite 1100
Newport Beach, California 92660

# EXHIBIT "D"



22

COMPLAINT



COMPLAINT

# EXHIBIT "E"





COMPLAINT

THE LAW OFFICES OF STEVEN C. VONDRAN, P.C.
620 Newport Ctr., Suite 1100
Newport Beach, California 92660

THE LAW OFFICES OF STEVEN C. VONDRAN, P.C.
620 Newport Ctr., Suite 1100
Newport Beach, California 92660

# EXHIBIT "F"

 **ratking6415** Damn I'm the dumbass that sent that 250 to the godfundme that fuckin sucks

3w   1 like   Reply   •••

 **theslaveberlin** It's disgusting how easy it is for a fraud to claim someone else's talent and digital work hours as their own, but the important thing is that your true essence and dedication will always shine through, because that's what makes it authentic and original. Fan of your art 💜

3w   3 likes   Reply

 **profk.m2** I already donated to the gofundme I thought it was you 😭

3w   1 like   Reply   •••

COMPLAINT



26

COMPLAINT

# EXHIBIT "G"



COMPLAINT